■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MOS-SCROP, Appellant. — Judgment of the Supreme Court, Kings County, rendered October 18, 1979, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD WIM-BISH, Appellant. — Appeal by defendant, as limited by his motion, from an amended sentence of the County Court, Suffolk County, imposed March 28, 1980. Amended sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Cohalan, Margett and Weinstein, JJ., concur.